OPINION — AG — ** DEPUTY SHERIFF — VACANCY ** 19 O.S. 543 [19-543] AND 19 O.S. 544 [19-544] WERE REPEALED AND SUPERSEDED BY 19 O.S. 179.7 [19-179.7], AS AMENDED, THEREFORE, THE DEPUTY SHERIFF DESIGNATED BY THE SHERIFF AS FIRST OR CHIEF DEPUTY UNDER 19 O.S. 179.7 [19-179.7] TAKES THE PLACE OF THE UNDER SHERIFF PROVIDED FOR IN 19 O.S. 543 [19-543], 19 O.S. 544 [19-544] THE SHERIFF MAY DESIGNATE A " FIELD DEPUTY " AS FIRST OR CHIEF DEPUTY, AND ASSIGN ANOTHER DEPUTY TO BE THE " OFFICE DEPUTY ". (RESPONSIBILITIES, DUTIES, VACANCIES IN SHERIFF OFFICE, JURISDICTION) CITE: 19 O.S. 179.1 [19-179.1] (JAMES P. GARRETT)